IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>HON. DAVID J. KAPPOS,<br>Under Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office,<br><br>      Defendant. | CIVIL ACTION NO. 09-2353 (BAH)<br><br>ECF |

## JOINT MOTION FOR REMAND

Defendant the Honorable David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO") and Plaintiff Keurig, Incorporated ("Keurig"), by and through undersigned counsel, jointly and respectfully move the Court to remand consideration of Keurig's patent application no. 10/658,925 ("the '925 application") to the USPTO and to dismiss the above-captioned civil action without prejudice.

Keurig brought this action against the USPTO pursuant to 35 U.S.C. § 145 and challenges the USPTO's rejection of claims 1-9, 12-19, and 22-44 of the '925 application. In the course of this § 145 proceeding, Keurig has provided the USPTO with new evidence, including reports from three expert witnesses – Professor Alexander Slocum, a professor of mechanical engineering at the Massachusetts Institute of Technology; Professor John Stanton, a professor of food marketing at Saint Joseph's University; and Mr. Ted Lingle, Executive Director of the Coffee Quality Institute. Keurig believes that this new evidence establishes the patentability of its claimed invention.

Under these circumstances, the USPTO and Keurig agree that remand to the USPTO is warranted. Remand will allow the USPTO to consider Keurig's new evidence in the first instance and evaluate whether that new evidence establishes the patentability of Keurig's claimed invention.

The USPTO and Keurig therefore respectfully move the Court to remand consideration of the '925 application to the USPTO and to dismiss the civil action without prejudice. All of the expenses of these proceedings prior to remand will be paid by Keurig under 35 U.S.C. § 145 on or before October 26, 2011. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>Allen S. Rugg (D.C. Bar No. 204933)<br>Michael A. Albert (admitted *pro hac vice*)<br>Charles T. Steenburg (admitted *pro hac vice*)<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>Tel: 617.646.8000<br>Fax: 617.646.8646<br>Email: arugg@wolfgreenfield.com<br>Email: malbert@wolfgreenfield.com<br>Email: csteenburg@wolfgreenfield.com<br><br>(Attorneys for Plaintiff)<br><br><br>Dated:   September 27, 2011 | RONALD C. MACHEN JR (D.C. Bar No. 447889), United States Attorney for the District of Columbia<br><br>RUDOLPH CONTRERAS (D.C. BAR No. 434122), Civil Division<br><br>By:   _____/s/_____<br>   JOHN G. INTERRANTE<br>   PA Bar # 61373<br>   Assistant United States Attorney<br>   Civil Division<br>   555 4th Street, N.W., Room E-4806<br>   Washington, D.C. 20530<br>   Tel: 202.514.7220<br>   Fax: 202.514.8780<br>   Email: John.Interrante@usdoj.gov<br><br>Of counsel:<br><br>Kristi L. R. Sawert<br>Sydney O. Johnson, Jr.<br>Office of the Solicitor, USPTO<br><br>(Attorneys for Defendant) |